# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESLIE J. JOHNSON

NO. 2024 KW 1251

**MARCH 14, 2025**

---

In Re:    Leslie J. Johnson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          12-02-0253.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT GRANTED** for the purpose of transferring to the district
court, for consideration as an application for postconviction
relief. The original of the writ application will be forwarded to
the district court clerk of court.

                         **MRT**
                         **CHH**
                         **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT